UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-350-1-D

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| v. | ) |
| | ) |
| SHAKEERA LAVONNE SESSOMS, | ) |
| | ) |
| Defendant. | ) |

For good cause shown, defendant, SHAKEERA LAVONNE SESSOMS's, Motion to Seal Unopposed Motion to Continue Sentencing Hearing is hereby GRANTED.

SO ORDERED, this the __8__ day of February 2019.

_____
James C. Dever, III
United States District Judge